**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**UNITED STATES OF AMERICA**
  **Plaintiff,**

 v.             **Case No. 19-CR-122**

**MAXIMO VARGAS**
  **Defendant.**

## ORDER

**IT IS ORDERED** that defendant's unopposed motion (R. 17) is granted, and the final pre-trial set for August 30, 2019, and the trial set for September 9, 2019, are adjourned. The court will address further scheduling on completion of pre-trial proceedings before the magistrate judge. For the reasons stated in the motion, the court finds that the ends of justice served by so continuing the matter outweigh the best interest of the defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7).

Dated at Milwaukee, Wisconsin, this 26th day of July, 2019.

            /s/ Lynn Adelman
            LYNN ADELMAN
            District Judge