UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
HON. Lynn Adelman, presiding

## SENTENCING MINUTES

DATE: 11/2/20
CASE NO.: 19 CR 122
UNITED STATES v. Maximo Vargas
United States By: Robert Brady
Probation Officer: Jennifer Garska
Interpreter: _____

Dep. Clerk: Julie D
Ct. Reptr.: Tom
Time Called: 1:50 pm
Time Concluded: 2:05 pm

☐ Sworn

Deft. Maximo Vargas in person, and by Attorney Gabriela Leija

---

Custody of Bureau of Prisons
60 ~~120~~ months on Count(s) 1
60 months on Count(s) 2
to run concurrently / (consecutively)
for a total of 120 months
Court's recommendation to Bureau of
Prisons: close to Milwaukee

Supervised Release/Probation
4 year(s) on Count(s) 1+2
___ year(s) on Count(s) ___

CONDITIONS OF SUPERVISION: 1-12

COUNT(S) DISMISSED on motion of Government: Indictment

FINE: $_____ on Count(s) _____.
   Terms:
   ☒ Fine waived or reduced due to defendant's inability to pay.
   ☐ Interest on fine waived.
RESTITUTION: $_____ Payee: _____
   Terms:
   ☐ Interest on restitution waived.
SPECIAL ASSESSMENT: $ 200.
   ☒ To be paid immediately.
   ☐ Other.
FORFEITURE: Include in Judgment

CUSTODY STATUS:
   ☐ Defendant remanded to custody of U.S. Marshal.
   ☐ Execution of sentence stayed until _____
   ☒ Voluntary surrender to institution. - after 90 days
☒ Defendant advised of right to appeal.

OTHER:

STATEMENT OF REASONS

☒ The Court adopts the factual findings and guideline application in the presentence report

or

☐ The Court adopts the factual findings and guideline application in the presentence report except:

Advisory Guideline Range Determined by the Court:

   Total Offense Level: 33
   Criminal History Category: VI
   Imprisonment Range: 295 to 353 months
   Supervised Release Range: 4 to 5 years
   Fine Range: $35,000 to $5,000,000

☐ The sentence is within the guideline range.

or

☐ The court departs from the guideline range
   ☐ Upon motion of the government, as a result of defendant's substantial assistance.
   ☐ For the following reason(s):

or

☐ The court imposes a non-guideline sentence under 18 U.S.C. § 3553(a).